# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Joash Rick Bentley } | **Case No: 18-83586-CRJ13** |
| SSN: XXX-XX-6651 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Monday, February 04, 2019 01:30 PM, for a hearing on the following:

RE: Doc #20; Trustee's Motion to Dismiss Case

Proper notice of the hearing was given and appearances were made by the following:

Michele T. Hatcher (Trustee)

Richard L Collins, attorney for Joash Rick Bentley (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Trustee's Motion to Dismiss Case is APPROVED and this case is hereby DISMISSED.

Dated: 02/04/2019
/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge